Elizabeth R. Jones (CA Bar # 208571)
THE BEATTY LAW FIRM, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80201-2260
Telephone: (303) 407-4499
Facsimile: (303) 407-4494

ATTORNEYS FOR UAPFS

FILED
MAR - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FANUCCHI & LIMI FARMS, et al., | ) No. CIV F 00-6349 REC DLB |
|---|---|
| Plaintiffs, | ) |
| vs. | ) ORDER FOR WITHDRAWAL OF |
| UNITED AGRI PRODUCTS, et al., | ) COUNSEL OF RECORD |
| Defendants. | ) |

THIS MATTER having come before the Court on the Motion for Withdrawal of Counsel of Record, and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT Elizabeth R. Jones and The Beatty Law Firm, P.C. be permitted to withdraw as counsel of record for Defendant United Agri Products Financial Services (erroneously designated in the caption as "United Agri Products") in the captioned matter.

SO ORDERED this 7th day of March, 2006.

BY THE COURT:

_____

ORDER FOR WITHDRAWAL OF COUNSEL OF RECORD - 1

```
 1  Elizabeth R. Jones (CA Bar # 208571)
    THE BEATTY LAW FIRM, P.C.
 2  216 Sixteenth St., Suite 1100
    Denver, CO 80201-2260
 3  Telephone: (303) 407-4499
    Facsimile: (303) 407-4494
 4
    Robert E. Blue (CA Bar # 117548)
 5  COLEMAN & HOROWITT, LLP
    499 W. Shaw, Suite 16
 6  Fresno, CA 93704
    Telephone: (559) 248-4820
 7  Facsimile: (559) 248-4830

 8  ATTORNEYS FOR UAPFS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANUCCHI & LIMI FARMS, et al., | No. CIV F 00-6349 REC DLB |
| Plaintiffs, | |
| vs. | MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD |
| UNITED AGRI PRODUCTS, et al., | |
| Defendants. | |

Elizabeth R. Jones and The Beatty Law Firm, P.C. hereby respectfully submit this Motion for Withdrawal as Counsel of Record, and as grounds therefore, state as follows:

1. I am currently listed with this Court as one of the counsel of record for Defendant United Agri Products Financial Services, erroneously designated in the caption as "United Agri Products."

2. United Agri Products Financial Services will continue to be represented in this matter by Robert E. Blue of Coleman & Horowitt, LLP.

MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD - 1

1  WHEREFORE, the undersigned respectfully requests this Court remove Elizabeth R.
2  Jones and The Beatty Law Firm, P.C. as counsel of record in the captioned matter. A proposed
3  form of Order is submitted herewith for the Court's convenience.
4
5  Respectfully submitted this __7__ day of June, 2005.
6
7  _____
   Elizabeth R. Jones (CA Bar # 208571)
   THE BEATTY LAW FIRM, P.C.
8  216 Sixteenth St., Suite 1100
   Denver, CO 80201-2260
9  (303) 407-4499

MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD - 2

## PROOF OF SERVICE

I am employed in the City and County of Denver; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 216 Sixteenth St., Suite 1100, Denver, Colorado 80202.

On June 7, 2005, I served the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD** on the parties below by placing a true COPY thereof in a sealed envelope and serving the same on the parties/counsel, as follows:

Thomas J. Anton, Esq.
Jeffrey L. Wise, Esq.
THOMAS ANTON & ASSOCIATES
1605 "G" Street
P.O. Box 2127
Bakersfield, CA 93303-2127

Robert E. Blue, Esq.
Coleman & Horowitt, LLP
449 W. Shaw, Suite 116
Fresno, CA 93704

The following is the procedure in which service of this document(s) was effected:

[X] BY MAIL - by placing such envelopes with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the County of Denver, Colorado, after the day's business.

[ ] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address(es) shown above.

[ ] BY FACSIMILE TRANSMISSION

[ ] BY FEDERAL EXPRESS

[ ] STATE: I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

[ ] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose discretion service was made.

Executed on June 7, 2005 at Denver, Colorado.

*[signature]*

MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD - 3