Thomas J. Anton, Esq., SBN 060450
**THOMAS ANTON & ASSOCIATES**
1600 "G" Street
Post Office Box 2127
Bakersfield, California 93303-2127
Telephone: (661) 327-7051

Attorney for Plaintiffs
Fanucchi & Limi Farms, et al.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| FANUCCHI & LIMI FARMS, et al, ) | CASE NO. CIV F-00-6349 REC DLB |
| Plaintiffs, ) | **STIPULATION OF DISMISSAL** |
| v. ) | |
| UNITED AGRI PRODUCTS, et al., ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between Plaintiffs, FANUCCHI & LIMI FARMS, et al., and Defendants, UNITED AGRI PRODUCTS, et al., through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

///
///
///
///
///
///

Stipulation of Dismissal      1

Dated: May 3, 2006

Respectfully submitted,
THOMAS ANTON & ASSOCIATES

By: /s/ Stephen P. Wainer for
_____
Thomas J. Anton, Esq.
Attorney for Plaintiffs

COLEMAN & HOROWITT, LLP.

By: /s/ Robert E. Blue
_____
Robert E. Blue, Esq.
Attorney for Defendants

IT IS SO ORDERED

May 8, 2006

By:___/s/ ROBERT E. COYLE_____

Honorable Robert E. Coyle

Stipulation of Dismissal                    2